UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA O'SULLIVAN fka LINDA BOESE,

            Plaintiff,

-against-

RAMAPO PRACTICE MANAGEMENT, LLC,

           Defendant.

Case No. 07-3456

**AFFIDAVIT OF SERVICE**

### AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                                    ) SS:
COUNTY OF BERGEN       )

      VANESSA R. ELLIOTT, being duly sworn, deposes and says:

Under penalties of perjury, I do hereby affirm, pursuant to Fed. R. Civ. P. 4(l), that on May 9, 2007, I served by first class mail the Complaint in this matter together with the Summons duly issued to Ramapo Practice Management, LLC, upon Eric Biderman, Esq. at Winget, Spadafora & Schwartzberg, LLP, 45 Broadway, 19th Floor, New York, NY 10006, an attorney who represented to me that he was duly authorized to accept service on behalf of this entity and that he did agree on behalf of this entity to accept service in this manner.

                                                          Vanessa R. Elliott, Esq.

Sworn to before me this
9 day of May 2007

SALLY A. VIRGULAK
A Notary Public of New Jersey
My Commission Expires Dec. 31, 2008

474857_1\006099