UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
LINDA O'SULLIVAN fka LINDA BOESE,

              Plaintiff,                      Case No.: 7:07-cv-03456-UA-(MDF)

       - against-                         **NOTICE OF APPEARANCE**

RAMAPO PRACTICE MANAGEMENT, LLC,

              Defendant.
------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE**, that Michael Adler of the law firm of Winget, Spadafora & Schwartzberg, LLP, located at 45 Broadway, 19th Floor, New York, New York 10006, hereby enters his appearance in this matter as counsel of record for Defendant Ramapo Practice Management, LLC.

Dated: New York, New York
       May 15, 2007

                                        Winget, Spadafora & Schwartzberg, LLP
                                        Attorneys for Defendant
                                        Ramapo Practice Management, LLC.

                         By:       /s/ Michael Adler
                                        Michael Adler (MA 5498)
                                        Winget, Spadafora & Schwartzberg, LLP
                                        45 Broadway, 19th Floor
                                        New York, New York 10006
                                        (212) 221-6900
                                        (212) 221-6989 (facsimile)