UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
LINDA O'SULLIVAN fka LINDA BOESE,

                        Plaintiff,                     Case No.: 7:07-cv-03456-UA-(MDF)

            - against-                        **CERTIFICATION OF SERVICE**

RAMAPO PRACTICE MANAGEMENT, LLC,

                      Defendant.
------------------------------------------------------------------ x

      Eric Biderman, an associate of the firm WINGET, SPADAFORA & SCHWARTZBERG, LLP attorneys for Defendant Ramapo Practice Management, LLC in the within action, affirms as follows under penalties of perjury:

      On May 15, 2006 I caused the following document:

      a.  **Notice of Appearance**

to be served upon:

      Vanessa R. Elliott, Esq.
      Beattie Padovano, LLC
      Attorneys for the Plaintiff
      50 Chestnut Ridge Road, Suite 208
      P.O. Box 244
      Montvale, New Jersey 07645-0244

by regular mail at the address indicated for service by placing same in a depository maintained by the United States Postal Service and addressed as aforesaid.

Dated: New York, New York
      May 16, 2007

By: _____
Eric Biderman
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, New York, 10006
(212) 221-6900
(212) 221-6989 (facsimile)

Sworn to before me this
16th day of May, 2007

_____

PHYLLIS M. WRANN
Notary Public, State of New York
No. 02WR6075065
Qualified in Richmond County
Commission Expires: May 27, 2006 2010