UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
LINDA O'SULLIVAN fka LINDA BOESE,

                Plaintiff,          Case No. 7:07-cv-03456-UA-(MDF)

    - against-               **STIPULATION AND ORDER**

RAMAPO PRACTICE MANAGEMENT, LLC

                Defendant.
------------------------------------------------------------------ x


    **IT IS HEREBY STIPULATED AND AGREED** by the undersigned that the time for

defendant, Ramapo Practice Management, LLC. to appear, answer or otherwise respond in the

above-captioned action is hereby extended from May 29, 2007 to and including June 28, 2007,

and said defendant will not assert any objections to service of process.  We have conferred with

and obtained consent from Vanessa R. Elliott, attorney for Plaintiff, for such an extension.  There

have been no other motions for extension time that have been filed by this Defendant with

respect to the same limitation.


Dated May 16, 2007


By:    Vanessa R. Elliott (VE 4752)     By:    Michael Adler (MA 5498)
        Counsel for Plaintiff               Counsel for Defendant
        Beattie Padovano, LLC           Winget, Spadafora & Schwartzberg, LLP
        50 Chestnut Ridge Road         45 Broadway, 19th Floor
        Montvale, New Jersey 07645      New York, New York 10006
        Tel:    (201) 799-2120          Tel:    (212) 221-6900

SO ORDERED:

_____

    U.S.M.J.