UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
LINDA O'SULLIVAN fka LINDA BOESE,

                      Plaintiff,         Case No. 7:07-cv-03456-UA-(MDF)

    - against-

                                    **STIPULATION AND ORDER**
                                    *extending time*
RAMAPO PRACTICE MANAGEMENT, LLC

                    Defendant.
------------------------------------------------------------- x

       **IT IS HEREBY STIPULATED AND AGREED** by the undersigned that the time for defendant, Ramapo Practice Management, LLC. to appear, answer or otherwise respond in the above-captioned action is hereby extended from May 29, 2007 to and including June 28, 2007, and said defendant will not assert any objections to service of process. We have conferred with and obtained consent from Vanessa R. Elliott, attorney for Plaintiff, for such an extension. There have been no other motions for extension time that have been filed by this Defendant with respect to the same limitation.

Dated May 16, 2007

By:   Vanessa R. Elliott (VE 4752)        By:   Michael Adler (MA 5498)
       Counsel for Plaintiff                            Counsel for Defendant
       Beattie Padovano, LLC                     Winget, Spadafora & Schwartzberg, LLP
       50 Chestnut Ridge Road                  45 Broadway, 19th Floor
       Montvale, New Jersey 07645            New York, New York 10006
       Tel:   (201) 799-2120                         Tel:   (212) 221-6900

5/18/07
So Ordered

                              MARK D. FOX
                              United States Magistrate Judge
                              Southern District of New York

Case 7:07-cv-03456-KMK-MDF    Document 8    Filed 05/18/2007    Page 2 of 2