# BEATTIE PADOVANO, LLC

JAMES R. BEATTIE (NJ, NY, DC BARS)
RALPH J. PADOVANO (NJ, NY BARS)
MARTIN W. KAFAFIAN (NJ, NY, DC BARS)
ADOLPH A. ROMEI (NJ, NY BARS)
JOHN J. LAMB (NJ, NY BARS)
ANTIMO A. DEL VECCHIO (NJ, NY, DC BARS)
ROBERT A. BLASS (NJ, NY BARS)
IRA J. KALTMAN (NJ, NY BARS)
ARTHUR N. CHAGARIS+ (NJ, DC BARS)

COUNSEL TO THE FIRM
ROGER W. BRESLIN, JR. (NJ BAR)
THOMAS W. DUNN (NJ, NY BARS)
JOSEPH A. RIZZI (NJ BAR)

OF COUNSEL
FRANCIS B. SHEEHAN (NJ, NY BARS)
DANA B. COBB (NJ, NY BARS)
BRENDA J. STEWART (NJ BAR)
IRA E. WEINER (NJ BAR)
ROBERT A. ORTIZ, JR. (NJ BAR)
EMERY C. DUELL (NJ, CA, NY BARS)

+Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

COUNSELLORS AT LAW
50 CHESTNUT RIDGE ROAD
P.O. BOX 244
MONTVALE, NEW JERSEY 07645-0244

(201) 573-1810

HACKENSACK AREA
(201) 489-3012

www.beattielaw.com

June 18, 2007

KATHLEEN S. COOK (NJ, NY, GA BARS)
STEVEN A. WEISFELD (NJ, NY BARS)
VANESSA R. ELLIOTT (NJ, NY BARS)

GREGG A. PADOVANO (NJ, DC BARS)
JAMES V. ZARRILLO (NJ, NY BARS)
JENNIFER BRETZ (NJ, PA BARS)
RENATA A. HELSTOSKI (NJ, NY BARS)
JEANETTE A. ODYNSKI (NJ, NY BARS)
NOAH B. POLLAK (NJ, NY BARS)
DANIEL L. STEINHAGEN (NJ, NY BARS)
ANNALISA SIRACUSA (NJ, NY BARS)

FAX: (201) 573-9736 & (201) 573-9369

WRITER'S DIRECT ACCESS
Email: velliott@beattielaw.com
Direct Dial: (201) 799-2120

OUR FILE NO.   006099-001

*(Via ECF Only)*
Mark D. Fox, U.S.M.J.
United States Courthouse, Room 421
300 Quarropas St., Room 434
White Plains, NY 10601:

      Re:    Linda O'Sullivan fka Boese v. Ramapo Practice Management, LLC;
              Case Number 07-3456

Dear Judge Fox:

      I write in response to defendant's request for an additional extension of time to answer. I would object to such an extension as defendant's time to answer has already been significantly extended by stipulation.

      Defendant's motion to dismiss on the grounds stated is not likely to be successful because it has been held by the United States Supreme Court and the Second Circuit Court of Appeals that an informal hearing before the NYSDHR does not act as a bar to claims of discrimination under federal law.

      In any case, my client has authorized me to file an appeal of the New York Supreme Court's decision as to that administrative determination. Hence, there is no final adjudication upon which an estoppel argument could be based even if that argument did apply to this case (which it does not).

      In any case, a pending motion does not stay discovery. I therefore respectfully request that defendant's request for additional time to file an answer to the complaint be denied and that defendant be required to file the answer by June 28, 2007, as previously stipulated and agreed, so

*Thirty-Seven Years of Service*

Mark D. Fox, U.S.M.J.
June 18, 2007
Page 2

that the parties can be prepared to move forward with the discovery as of the July 10, 2007 conference date.

Very truly yours,

Vanessa R. Elliott

VRE:mm

cc:     Eric Biderman, Esq. *(via ECF only)*

477902_1\006099