# WINGET, SPADAFORA & SCHWARTZBERG, LLP

CONNECTICUT OFFICE:
177 BROAD ST., 5TH FL.
STAMFORD, CONNECTICUT 06901
(203) 328-1200
FACSIMILE: (203) 328-1212

**45 BROADWAY, 19TH FLOOR**
**NEW YORK, NEW YORK 10006**
**TELEPHONE (212) 221-6900**
**FACSIMILE (212) 221-6989**

NEW JERSEY OFFICE:
ONE GATEWAY CENTER, 26TH FL
NEWARK, NEW JERSEY 07102
(973) 622-8144
FACSIMILE (973) 622-3423

July 27, 2007

**VIA ECF & OVERNIGHT MAIL**
Hon. Mark D. Fox
United States Magistrate Judge
U.S. District Court for the Southern District of New York
United States Courthouse
300 Quarropas St., Room 434
White Plains, NY 10601

Re:   Matter:   Linda O'Sullivan f/k/a Linda Boese v. Ramapo Practice
                Management, LLC
      Venue:    United States District Court, Southern District of New York
      Case No.: Case No. 7:07-cv-03456-UA-(MDF)
      Our File No.: 03001.06524

Dear Justice Fox:

We are writing to request an adjournment of the pre-trial conference in the above captioned matter scheduled before your honor on August 1, 2007 at 10:00 am. The parties have been actively exploring the possibility of settlement and believe that an agreement may be reached regarding the resolution of this matter within the next two weeks. As such, both parties request and consent that you adjourn the forthcoming conference until August 15, 2007 or such later time as is convenient for your honor. This is the first such request for an adjournment of this conference. Thank you.

Very truly yours,

*[signature]*

Michael Adler
(MA 5498)
*Attorney for Defendant*

Very truly yours,

*[signature]*

Vanessa R. Elliott
(VE 4752)
*Attorney for Plaintiff*