# WINGET, SPADAFORA & SCHWARTZBERG, LLP

| | 45 BROADWAY, 19TH FLOOR | |
|---|---|---|
| CONNECTICUT OFFICE:<br>177 BROAD ST., 5TH FL.<br>STAMFORD, CONNECTICUT 06901<br>(203) 328-1200<br>FACSIMILE: (203) 328-1212 | NEW YORK, NEW YORK 10006<br>TELEPHONE (212) 221-6900<br>FACSIMILE (212) 221-6989 | NEW JERSEY OFFICE:<br>ONE GATEWAY CENTER, 26TH FL<br>NEWARK, NEW JERSEY 07102<br>(973) 622-8144<br>FACSIMILE (973) 622-3423 |

August 9, 2007

**MEMO ENDORSED**



<u>VIA ECF & OVERNIGHT MAIL</u>
Hon. Mark D. Fox
United States Magistrate Judge
U.S. District Court for the Southern District of New York
United States Courthouse
300 Quarropas St., Room 434
White Plains, NY 10601

    Re:    Matter:    Linda O'Sullivan f/k/a Linda Boese v. Ramapo Practice
                              Management, LLC
             Venue:    United States District Court, Southern District of New York
             Case No.:    Case No. 7:07-cv-03456-UA-(MDF)
             <u>Our File No.:    03001.06524</u>

Dear Justice Fox:

     Please be advised that the parties have <u>agreed to settle this matter</u> pursuant to the terms contained in the attached letter of understanding. Therefore, we request on behalf of both parties that the pre-hearing conference scheduled for August 23, 2007 before Your Honor be cancelled. Pending the execution of a formal settlement and release agreement, the parties will jointly move for a voluntarily dismissal of the matter. Thank you for assistance towards the resolution of this matter.

                                                          Very truly yours,

                                                           Michael Adler
                                                            (MA 5498)

cc:    Vanessa R. Elliott, Esq. (Via ECF and Regular Mail)

# WINGET, SPADAFORA & SCHWARTZBERG, LLP

CONNECTICUT OFFICE:
177 BROAD ST., 5TH FL.
STAMFORD, CONNECTICUT 06901
(203) 328-1200
FACSIMILE (203) 328-1212

45 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10006
TELEPHONE (212) 221-6900
FACSIMILE (212) 221-6989

NEW JERSEY OFFICE:
ONE GATEWAY CENTER, 26TH FL.
NEWARK, NEW JERSEY 07102
(973) 622-8144
FACSIMILE (973) 622-3423

August 7, 2007

**VIA E-MAIL**: VElliott@beattielaw.com
Vanessa R. Elliot, Esq.
Beattie Padovano, LLC
Counselors at Law
50 Chestnut Ridge Road, Suite 208
Montvale, New Jersey 07645-0244

Re: Matter: Linda O'Sullivan f/k/a Linda Bocse v. Ramapo Practice Management, LLC et al.
Venues: United States District Court, Southern District of New York, Supreme Court State of New York, Appellate Division, 2nd Judicial Department
Case Nos.: Case No. 7:07-cv-03456-UA-(MDF) and Index No.: 1577/2007
Our File No.: 03001.06524

Dear Ms. Elliott:

We are writing to memorialize our agreement to settle all litigation, administrative actions and other matters by your client against our client for $52,500. We will prepare a formal settlement agreement shortly. To reiterate: in consideration for our client, Ramapo Practice Management, LLC, making payment to your client in the amount of $52,500 (Fifty-Two Thousand Five Hundred Dollars and Zero Cents) your client will agree to withdraw her two lawsuits against Ramapo venued in United States District Court Southern District of New York and Supreme Court State of New York, Appellate Division, 2nd Judicial Department respectively. The parties also agree to release one another from all current and future claims, and potential claims, in connection with this or any other matter.

Vanessa Elliott, Esq.
August 7, 2007
Our File No. 03001.06524
Page 2

If you agree to the above terms please sign in the signature box provided below. This document will serve as an initial settlement agreement and release pending the execution of a formal document. Please keep a copy of this document for your records and return a copy to my office via facsimile or e-mail. Thank you.

By: _____  By: _____
Vanessa R. Elliott                    Michael Adler
Beattie Padovano, LLC                 Winget, Spadafora &
*Attorney for Linda O'Sullivan*       Schwartzberg, LLP
*f/k/a Linda Boese*                   *Attorney for Ramapo*
50 Chestnut Ridge Road                *Practice Management, LLC*
Montvale, New Jersey 07645            45 Broadway, 19th Floor
                                      New York, New York 10006

Dated: August 7, 2007

WINGET, SPADAFORA & SCHWARTZBERG, LLP