# WINGET, SPADAFORA & SCHWARTZBERG, LLP

CONNECTICUT OFFICE:
177 BROAD ST., 5TH FL.
STAMFORD, CONNECTICUT 06901
(203) 328-1200
FACSIMILE: (203) 328-1212

45 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10006
TELEPHONE (212) 221-6900
FACSIMILE (212) 221-6989

NEW JERSEY OFFICE:
ONE GATEWAY CENTER, 26TH FL
NEWARK, NEW JERSEY 07102
(973) 622-8144
FACSIMILE (973) 622-3423

August 23, 2007



**VIA FACSIMILE (914) 390-4129**
Hon. Mark D. Fox
United States Magistrate Judge
U.S. District Court for the Southern District of New York
United States Courthouse
300 Quarropas St., Room 434
White Plains, NY 10601

## MEMO ENDORSED

Re:    Matter:    Linda O'Sullivan f/k/a Linda Boese v. Ramapo Practice Management, LLC
       Venue:     United States District Court, Southern District of New York
       Case No.:  Case No. 7:07-cv-03456-UA-(MDF)
       Our File No.: 03001.06524

Dear Justice Fox:

    Please be advised that the parties have agreed to settle this matter pursuant to the terms contained in the attached Settlement Agreement and Release that is currently being circulated for signature and execution by the appropriate parties. Once the Settlement Agreement and Release has been executed, the Plaintiff and Defendant will file a Joint Stipulation Dismissing this Action. Further to the joint conference call with Your Honor earlier today, we consent, on behalf of both parties, that Your Honor shall have full jurisdiction over the enforcement of the aforementioned Settlement Agreement and Release. Thank you.

Very truly yours,

Michael Adler
(MA 5498)

Encls.

cc:    Vanessa R. Elliott, Esq. (Via Facsimile -- (201) 573-9736)

8/23/07   CASE SETTLED.
          SO ORDERED

MARK D. FOX
United States Magistrate Judge
Southern District of New York