UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA O'SULLIVAN fka LINDA BOESE,

    Plaintiff,

-against-

RAMAPO PRACTICE MANAGEMENT, LLC,

    Defendant.

Case No. 07-3456

**STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS MATTER having been amicably resolved by the parties, the parties hereby stipulate and agree that this action is hereby dismissed in its entirety with prejudice and without costs to any party and that the Court shall retain jurisdiction to enforce the terms of the settlement agreement.

_____
Vanessa R. Elliott, Esq.
Counsel for Plaintiff Linda O'Sullivan
Beattie Padovano, LLC
50 Chestnut Ridge Road
Montvale, NJ 07645
(201) 573-1810 (tel)
(201) 573-9736 (fax)

Dated: August 29, 2007

_____
Michael Adler, Esq.
Counsel for Defendant Ramapo Practice Management, LLC
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006
(212) 221-6900 (tel)
(212) 221-6989 (fax)

Dated: August 29, 2007

*The Clerk is directed to close this case.*

**SO ORDERED.**

Dated: ~~August~~ September 4, 2007

_____
Hon. Kenneth M. Karas, ~~U.S.M.J.~~ U.S.D.J.

483254_1\006099

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```